IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER CROOM, )
# R23966, )
 )
            **Plaintiff,** )
 )
vs. ) Case No. 17-cv-632-NJR
 )
JOHN DOE and )
COUNSELOR RODELY, )
 )
            **Defendants.** )

## JUDGMENT IN A CIVIL CASE

**ROSENSTENGEL, District Judge:**

    This action came before the Court, District Judge Nancy J. Rosenstengel, and the following decision was reached:

    **JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. This action is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted and for legal frivolity. This dismissal shall count as a "strike" under 28 U.S.C. § 1915(g).

    **DATED**: August 3, 2017

                                                       JUSTINE FLANAGAN, ACTING CLERK

                                                      By: *s/ Tammy McMannis*
                                                           Deputy Clerk

APPROVED: s/ *Nancy J. Rosenstengel*
                    NANCY J. ROSENSTENGEL
                    United States District Judge